**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CLARENCE JACKSON, ET AL.** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 3:26-CV-227-JDM-JMV**

**PROGRESS RESIDENTIAL BORROWER 5, LLC, ET AL.** **DEFENDANTS**

**ORDER GRANTING JOINT ORE TENUS MOTION TO STAY**

BEFORE THE COURT is the parties' joint ore tenus motion to stay [Doc. 12] this matter through November 30, 2026, in order to allow the parties time to finalize settlement. The Court, having considered the motion, and noting that it is filed jointly, finds the motion is well-taken and should be GRANTED.

IT IS HEREBY ORDERED AND ADJUDGED that this case is stayed through November 30, 2026.[1]

SO ORDERED this the 21st day of October, 2026.

*/s/* Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

[1] The stay includes a suspension of Defendant's responsive pleading deadline, which was previously set for October 30, 2026. The responsive pleading deadline will be reset in the event the settlement is not finalized.